# CERTIFICATE to be filed with NOTICE OF APPEAL TO THE COURT OF APPEALS

APPELLATE NO. _____
**(To be filled in by COA)**

**TRIAL COURT CAUSE NO. <u>007-1254-14</u>**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/27/2015 8:20:24 AM
CATHY S. LUSK
Clerk

| | |
|---|---|
| **THE STATE OF TEXAS** | 7TH Judicial District Court |
| (State or Appellant) | |
| | of |
| **VS.** | |
| | |
| **JASON CLAIRE REESE** | Smith County, Texas |
| (Appellee or State) | |

**The Records of My Office Reflect The Following information in This Case:**

**Defendant was Convicted of :** BURGLARY OF HABITATION

**Punishment Assessed:** 10 Years 00 /Texas Department of Criminal Justice

**Was This a Revocation of Probation:** NO

**Defendant is:** JASON CLAIRE REESE is in TDCJ

**If on Bond, Give Amount:** NA          **Date Bond Posted: NA**

**Sentence Imposed on: 12/12/14**

**If NO Sentence, Order Appeal Form Signed:** NA

**Written Notice of Appeals was Filed on:** 12/15/14

**Trial Held Before the Court:** Guilty Plea-No Jury

**MOTION FOR New Trial Filed?:** NO          Yes, Date Filed:

****IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, ****
**PLEASE GIVE WRITTEN NOTICE TO THE COURT OF APPEALS IMMEDIATELY**

**Presiding Trial Court Judge:** KERRY RUSSELL

**Trial Court Reporter:** JENNIFER LOWRANCE
          **Address:** Smith County Courthouse
7th Judicial District Court
100 N. Broadway
Tyler, Texas 75702

**Was the Defendant Declared Indigent:** YES

**Defendant's Counsel Is:** APPOINTED

**Defendant – Represented on Appeal by:**  HUGGLER, JAMES W., JR.   00795437
                                              (Attorney's Name)              (State Bar Number)

                              **Address:**   **100 E Ferguson, Ste 805**
                                             **Tyler, TX 75702**

                              **Phone:**     **903-593-2400**
                              **Fax:**       **903-593-3830**

**State – Represented on  Appeal by:**   **Michael West**              **21203300**
                                          (Attorney's Name)              (State Bar Number)

                              **Address:**   **Smith County Courthouse – 4th Floor**
                                             **District Attorney's Office**
                                             **100 N. Broadway**
                                             **Tyler, TX 75702**

                              **Phone:**     **903-590-1724**
                              **Fax:**       **903-590-1719**

**Dated this 27th day of January, 2015.**

                                        **Lois Rogers, Smith County District Clerk**

                              **By:**   /S/ LINDA RHYMES
                                        **LINDA RHYMES, Deputy**

**Note:**      **ATTACH A COPY OF THIS NOTICE OF APPEAL TO THIS FORM.**
               **(One Copy of This Form goes to the Court of  Appeals, One copy goes**
               **To the DA, and One Copy goes to the Court Reporter.)**

**PLEASE BE SURE THAT ALL THE REQUESTED INFORMATION IS COMPLETE.**

**THANK YOU !**

**SEND TO:**      **12TH COURT OF APPEALS**
                  **1517 WEST FRONT STREET SUITE 354**
                  **TYLER, TEXAS 75702**

FILED
LOIS ROGERS
DISTRICT CLERK
2014 DEC 15 AM 11: 35
SMITH COUNTY TEXAS
BY_____
DEPUTY

NO. 007-1254-14

| STATE OF TEXAS | ☐ | IN THE DISTRICT COURT |
| | ☐ | |
| vs. | ☐ | 7TH JUDICIAL DISTRICT |
| | ☐ | |
| JASON CLAIRE REESE | ☐ | SMITH COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JASON CLAIRE REESE, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against JASON CLAIRE REESE.

Respectfully submitted,

By: _____

JASON CLAIRE REESE
Pro Se

## CERTIFICATE OF SERVICE

This is to certify that on ___12 — 15___, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Smith County, by hand delivery.

_____

JASON CLAIRE REESE

THE STATE OF TEXAS                  §
                                    §
VS.                                 §
                                    §
JASON REESE                         §

**FILED**

IN THE 7th JUDICIAL

DISTRICT COURT OF

DEC 12 2014

SMITH COUNTY, TEXAS
CLERK, 7th JUD DIST COURT, SMITH CO., TX
BY _____ DEPUTY

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, KERRY L. RUSSELL, JUDGE OF THE TRIAL COURT, CERTIFY THIS CRIMINAL CASE:

☑ IS NOT A PLEA-BARGAIN CASE, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, BUT MATTERS WERE RAISED BY WRITTEN MOTION FILED AND RULED ON BEFORE TRIAL AND NOW WITHDRAWN OR WAIVED, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, BUT THE TRIAL COURT HAS GIVEN PERMISSION TO APPEAL, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, AND THE DEFENDANT HAS NO RIGHT OF APPEAL; (OR)

☐ THE DEFENDANT HAS WAIVED THE RIGHT OF APPEAL; (OR)

12/12/14
**Date Signed**

**HONORABLE KERRY L. RUSSELL**
Judge, 7th Judicial District Court
Smith County, Texas

* I have received a copy of this certification. <u>I have also been informed of my rights concerning any appeal of this criminal case including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals.</u> TEX.R.APP.P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

**DEFENDANT**
Mailing Address:
Smith Co Jail

Telephone No.: _____
Fax No.: _____

**DEFENDANT'S COUNSEL**
Bar Card No. 00791380
Mailing Address:
326 S Fannin
Tyler TX
Telephone No.: 542-4521
Fax No.: _____

*A DEFENDANT IN A CRIMINAL CASE HAS THE RIGHT OF APPEAL UNDER THESE RULES. THE TRIAL COURT SHALL ENTER A CERTIFICATION OF THE DEFENDANT'S RIGHT TO APPEAL IN EVERY CASE IN WHICH IT ENTERS A JUDGMENT OF GUILT OR OTHER APPEALABLE ORDER. IN A PLEA-BARGAIN CASE—A CASE IN WHICH A DEFENDANT'S PLEA WAS GUILTY OR NOLO CONTENDERE AND THE PUNISHMENT DID NOT EXCEED THE PUNISHMENT RECOMMENDED BY THE PROSECUTOR AND AGREED TO BY THE DEFENDANT—A DEFENDANT MAY APPEAL ONLY: (A) THOSE MATTERS THAT WERE RAISED BY WRITTEN MOTION FILED AND RULED ON BEFORE TRIAL, OR (B) AFTER GETTING THE TRIAL COURT'S PERMISSION TO APPEAL.
TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)